IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**TITUS SMOAKS,**

    **Plaintiff,**

v.                                              **CASE NO. 1:06-cv-00159-MP-AK**

**DEPARTMENT OF CORRECTIONS,**
**et al,**

    **Defendants.**
_____/

### REPORT AND RECOMMENDATION

Plaintiff has been granted leave to proceed in forma pauperis (doc. 6) and his complaint has been reviewed pursuant to 28 U.S.C. §1915A. (Doc. 1). The present complaint is similar in some regards to the complaint filed in Case No. 1:06CV134-MMP/AK, which the undersigned has recommended on this date that it be dismissed as frivolous, in that it is largely indecipherable and seems to raise issues about social security disability. A number of persons are named in the body of the complaint, but no claims are raised against them, no facts are provided, and no clear relief is sought. Plaintiff has also failed to apprise the Court of his current address, although the Court has found a more current address from a notice he filed in Case No. 1:06CV134. (See Doc. 13 in Case No. 1:06CV134)

In light of the foregoing, it is respectfully **RECOMMENDED** that Plaintiff's complaint, doc. 1, be **DISMISSED** as frivolous, and that the order adopting this report and recommendation direct the clerk of court to note on the docket that this cause was dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii), thereby constituting a second

"strike" within the meaning of 28 U.S.C. §1915(g).

**IN CHAMBERS** at Gainesville, Florida, this __**26**$^{th}$__ day of October, 2006.

*S/ A. KORNBLUM*
**ALLAN KORNBLUM**
**UNITED STATES MAGISTRATE JUDGE**

**NOTICE TO THE PARTIES**

A party may file specific, written objections to the proposed findings and recommendations within 15 days after being served with a copy of this report and recommendation. A party may respond to another party's objections within 10 days after being served with a copy thereof. Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.

*Case No: 1:06-cv-00159-MP-AK*